IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MEDICOR LTD., *et al.*[1], | ) | Case No. 07-10877 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 25, 2010 AT 11:30 A.M.[2]
Hearing Location: 5th Floor, Courtroom #4

## UNCONTESTED MATTERS GOING FORWARD:

1. Debtors' Amended Motion for Approval of Settlement by and among Debtors and Poly Implant Protheses, S.A. [Docket No. 985, Filed February 8, 2010]

    Objection Deadline: February 18, 2010 at 4:00 p.m.

    Related Documents:

        A. Motion for Approval of Settlement by and among Debtors and Poly Implant Protheses, S.A. [Docket No. 981, Filed February 4, 2010]

        **B. Certification of Counsel Submitting Revised Order [Docket No. 995, Filed February 24, 2010]**

    Received Responses: None.

    Status: **A revised form of order has submitted to the Court under Certification of Counsel.**

2. Debtors' Certification of Counsel Regarding Stipulation Authorizing and Approving the Debtors' Limited Use of the Eurosilicone Escrowed Funds [Docket No. 984, Filed February 5, 2010]

    Related Documents:

        A. Notice of Hearing on and Filing of Exhibit to Certification of Counsel [Docket No. 988, Filed February 18, 2010]

    Status: Pursuant to the Court's request, this matter will be going forward.

---

[1] The Debtors are MediCor Ltd., International Integrated Incorporated, International Integrated USA Incorporated, MediCor Management, Inc., MediCor Development Company, MediCor Aesthetics, III Acquisition Corporation d/b/a PIP.America, and Intellectual Property International, Inc.

[2] To participate in this hearing, parties may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

Dated: February 24, 2010                GREENBERG TRAURIG, LLP

*Victoria W Counihan*
Victoria W. Counihan (DE Bar No. 3488)
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
counihanv@gtlaw.com
melorod@gtlaw.com

– and –

LOWENSTEIN SANDLER PC
Kenneth A. Rosen
Jeffrey D. Prol
Jeffrey A. Kramer
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

Counsel for Debtors and Debtors in Possession

cc: *Via Facsimile & Electronic Mail*
Dennis Stogsdill (Debtor)
Jane Leamy, Esq./ Joseph McMahon, Esq. (UST)
Kelley Cornish, Esq. (Counsel to Silver Oak Capital)
Pauline K. Morgan, Esq./ Sean Beach, Esq. (Counsel to Silver Oak Capital)
David Carickhoff, Esq. (Counsel to the Committee)
Michael Z. Brownstein, Esq./ Edward J. LoBello, Esq. (Counsel to the Committee)
Anthony Zmaila, Esq. (Counsel to Southwest Exchange-Bertsch)
Kevin Mangan, Esq. (Counsel to Southwest Exchange-Bertsch)
Mark Belanger, Esq. (Debtors Fin Adv)
Julie Rome-Banks, Esq. (Openwave)
Mark Minuti, Esq. (Openwave)
Robert Brace, Esq./Michael Denver, Esq. (Counsel in Litigation Proceeding)
J. Stephen Peek, Esq./Brad Johnston, Esq. (Counsel to Bassham, et al.)
Jeffrey Wisler, Esq./Marc Phillips, Esq. (Counsel to Bassham, et al.)
Matthew Callister, Esq./R. Duane Frizell, Esq. (Counsel in Litigation Proceeding)
Johnna Hansen, Esq./Gerald Siegel, Esq. (Counsel in Litigation Proceeding)
Ellen Slights, Esq. (US DOJ)
Dov Kleiner, Esq. (Counsel to A&M)
Theodore Gavin (NachmanHaysBrownstein)
Brett Fallon, Esq./Ericka Johnson, Esq. (Counsel to Marc S. Sperberg)
Craig Henderson, Esq. (Counsel to Marc S. Sperberg)

Cheryl Bradford, Esq. (Counsel to MediCor Bd of Dir Def)
Diane Meyers, Esq. (Lenders)