IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MEDICOR LTD., *et al.*[1], | ) | Case No. 07-10877 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 14, 2010 AT 2:00 P.M.[2]
Hearing Location: 5th Floor, Courtroom #4

## CONTINUED MATTERS:

1. Approval of Interim Fee Applications

   Related Documents: See *Exhibit A* hereto

   Status: This matter is being continued to a date to be determined.

2. Approval of First Amended Disclosure Statement for Debtors' Chapter 11 Plan of Liquidation [Docket No. 998, Filed February 24, 2010]

   Related Documents:
       A.    First Amended Chapter 11 Plan of Liquidation [Docket No. 997, Filed February 24, 2010]

   Status: The Debtors are requesting a continuance of the hearing to a date to be determined but will provide the Court with a status update at the hearing.

---

[1] The Debtors are MediCor Ltd., International Integrated Incorporated, International Integrated USA Incorporated, MediCor Management, Inc., MediCor Development Company, MediCor Aesthetics, III Acquisition Corporation d/b/a PIP.America, and Intellectual Property International, Inc.

[2] To participate in this hearing, parties may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

Dated: May 12, 2010                GREENBERG TRAURIG, LLP

                                   _____
                                   Victoria W. Counihan (DE Bar No. 3488)
                                   Dennis A. Meloro (DE Bar No. 4435)
                                   The Nemours Building
                                   1007 North Orange Street, Suite 1200
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 661-7000
                                   Facsimile: (302) 661-7360
                                   counihanv@gtlaw.com
                                   melorod@gtlaw.com

                                   – and –

                                   LOWENSTEIN SANDLER PC
                                   Kenneth A. Rosen
                                   Jeffrey D. Prol
                                   Jeffrey A. Kramer
                                   65 Livingston Avenue
                                   Roseland, New Jersey 07068
                                   Tel: (973) 597-2500
                                   Fax: (973) 597-2400

                                   Counsel for Debtors and Debtors in Possession

cc: *Via Facsimile & Electronic Mail*
Dennis Stogsdill (Debtor)
Jane Leamy, Esq./ Joseph McMahon, Esq. (UST)
Kelley Cornish, Esq. (Counsel to Silver Oak Capital)
Pauline K. Morgan, Esq./ Sean Beach, Esq. (Counsel to Silver Oak Capital)
David Carickhoff, Esq. (Counsel to the Committee)
Michael Z. Brownstein, Esq./ Edward J. LoBello, Esq. (Counsel to the Committee)
Anthony Zmaila, Esq. (Counsel to Southwest Exchange-Bertsch)
Kevin Mangan, Esq. (Counsel to Southwest Exchange-Bertsch)
Mark Belanger, Esq. (Debtors Fin Adv)
Julie Rome-Banks, Esq. (Openwave)
Mark Minuti, Esq. (Openwave)
Robert Brace, Esq./Michael Denver, Esq. (Counsel in Litigation Proceeding)
J. Stephen Peek, Esq./Brad Johnston, Esq. (Counsel to Bassham, et al.)
Jeffrey Wisler, Esq./Marc Phillips, Esq. (Counsel to Bassham, et al.)
Matthew Callister, Esq./R. Duane Frizell, Esq. (Counsel in Litigation Proceeding)
Johnna Hansen, Esq./Gerald Siegel, Esq. (Counsel in Litigation Proceeding)
Ellen Slights, Esq. (US DOJ)
Dov Kleiner, Esq. (Counsel to A&M)
Brett Fallon, Esq./Ericka Johnson, Esq. (Counsel to Marc S. Sperberg)
Craig Henderson, Esq. (Counsel to Marc S. Sperberg)
Cheryl Bradford, Esq. (Counsel to MediCor Bd of Dir Def)
Diane Meyers, Esq. (Lenders)