# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MediCor Ltd. | | |
| **Case Number:** | 07-10877-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, MAY 14, 2010 02:00 PM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

1) Disclosure
   **R / M #:**  1,059 / 0
   **VACATED:  Moved to 7/29**

2) Fees
   **R / M #:**  0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
   Item 1 - Continued
   Item 2 - Continued to 7/29/10